# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIC AARON AKINS, | : No. 44 WAP 2019 |
| | : |
| Appellant | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, AND PENNSYLVANIA | : |
| BOARD OF PROBATION AND PAROLE, | : |
| | : |
| Appellees | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 24th day of June, 2020, the Application for Summary Relief is GRANTED. The Order of the Commonwealth Court is AFFIRMED.